## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Nick R. Kelter, ) | Case No. 18-03401 |
| ) | Hon. Timothy A. Barnes |
| Debtor. ) | |

## NOTICE OF MOTION

To:    Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604, via electronic notification through the CM/ECF system; and

See Creditors on the attached Service List.

**PLEASE TAKE NOTICE** on February 15, 2018, at 9:30 a.m., I shall appear before the Honorable Timothy A. Barnes, or any judge sitting in his place and stead, in courtroom 744 in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned attorney certifies that a copy of the attached notice and motion was served to the above named addressed via First-Class Mail with postage prepaid, at the mailbox located at 2185 W. North Ave., Chicago, IL 60647, or via the methods listed above on February 8, 2018.

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882

```
Label Matrix for local noticing         U.S. Bankruptcy Court                  Arctic Circle and Taxidermy & Fur
0752-1                                  Eastern Division                       5637 W Irving Park Rd
Case 18-03401                           219 S Dearborn                         Chicago, IL 60634-2742
Northern District of Illinois           7th Floor
Chicago                                 Chicago, IL 60604-1702
Wed Feb  7 17:22:28 CST 2018

(p)CAPITAL ONE                          Capital One                            Capital One Auto Finance
PO BOX 30285                            Attn: Bankruptcy                       3901 Dallas Pkwy
SALT LAKE CITY UT 84130-0285            Po Box 30285                           Plano, TX 75093-7864
                                        Salt Lake City, UT 84130-0285


Capital One Auto Finance                City of Chicago Dept of Finance        Elite Motors SVC
7933 Preston Rd                         c/o Arnold Scott Harris, PC            Attn Danny
Plano, TX 75024-2302                    111 W Jackson Blvd Ste 400             4048 N Elston Ave
                                        Chicago, IL 60604-4135                 Chicago, IL 60618-2122


Ibrahim Bulut                           MICHAEL C. SLOCUM                      Marilyn O Marshall
2833 W Summerdale                       1680 Capital One Drive                 224 South Michigan Ste 800
Chicago, IL 60625-3428                  Mc Lean, VA 22102-3407                 Chicago, IL 60604-2503


Mehul D Desai                           Nick R Kelter                          Patrick S Layng
Swanson & Desai, LLC                    PO Box 411452                          Office of the U.S. Trustee, Region 11
2314 W North Ave Unit C-1W              Chicago, IL 60641-6452                 219 S Dearborn St
Chicago, IL 60647-6267                                                         Room 873
                                                                               Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One                             End of Label Matrix
15000 Capital One Dr                    Mailable recipients    14
Richmond, VA 23238                      Bypassed recipients     0
                                        Total                  14
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                               )
                                     )   Chapter 13
Nick R. Kelter,                      )   Case No. 18-03401
                                     )   Hon. Timothy A. Barnes
        Debtor.                      )

## MOTION TO EXTEND THE AUTOMATIC STAY

**NOW COMES** Nick R. Kelter, Debtor, by and through his attorneys, Swanson & Desai, LLC and moves this Honorable Court to enter an Order extending the automatic stay and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. § 1409(a). This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on February 7, 2018.

3. Debtor was in a previous Chapter 13 case (16-05137) filed on February 16, 2016, that was dismissed on December 15, 2017.

4. Debtor's prior case was dismissed for failure to make plan payments. See attached *Exhibit A* for affidavit.

5. During the previous case, Debtor was unable to make plan payments due to his diabetes and other health related issues.

6. Specifically, Debtor has diabetes, carpel tunnel, and arthritis.

7. Debtor's expenses related to the treatment of his health caused him to fall behind on plan payments.

8.  As a result, Debtor accrued a default and his case was dismissed.

9.  Debtor's circumstances have since changed.

10. Debtor's pension income has increased this year and he is receiving help from a friend who cooks and helps clean for him.

11. Debtor's Schedules I and J from his previous case (16-05137) and his Schedules I and J from his current case (18-03401) are attached as *Exhibit B* and *Exhibit C*.

12. Debtor has filed this case in good faith and is in a position to proceed.

**WHEREFORE**, Nick R. Kelter, Debtor, prays this Honorable Court enters an Order extending the automatic stay and for any further relief this Court deems fair and just.

Respectfully Submitted,

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882