**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
|     Nick R. Kelter, | ) | Chapter 13 |
| | ) | Case No.  18-03401 |
| | ) | Hon. Timothy A. Barnes |
|                   Debtor. | ) | |

# EXHIBIT A

Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  ) Case No. 18-
Nick Kelter,  ) CHAPTER 13
 ) **County:** Cook County

### AFFIDAVIT OF NICK KELTER

My name is Nick Kelter, on oath and having been sworn, I state and aver the following:

1. My name is Nick Kelter.
2. I had one prior case dismissed during the last twelve months.
3. My prior case, 16-05137, was filed on February 16, 2016, and dismissed on December 15, 2017.
4. My prior case was dismissed for failure to make plan payments.
5. I was unable to make Chapter 13 plan payments because of my diabetes and other health related issues.
6. Specifically, I have diabetes, carpal tunnel, and arthritis.
7. My expenses related to treatment of my health caused me to fall behind with my payments.
8. As a result, my case was dismissed.
9. My circumstances have changed.
10. My pension income has gone up some this year and I have help from a friend who cooks and helps me clean.
11. Thus, I believe I will be able to successfully move forward with the instant case.

This is the 2 Day of 2 - 18, 2018

_Nick Kelter_
Nick Kelter

SUBSCRIBED AND SWORN Before Me
This the 2 Day of Feb, 2018

_Yesenia Galvan_
NOTARY PUBLIC

YESENIA GALVAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 28, 2020

1